UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RYAN BOARD,

    Plaintiff,

v.

                                    Case No. 2:20-cv-182

UNKNOWN KEEFER,                       HONORABLE PAUL L. MALONEY

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 29, 2021, recommending that this Court dismiss this case without prejudice for failure to prosecute unless Plaintiff shows good cause for his failure to serve Defendant. The Report and Recommendation was duly served on the parties. No objections or responses have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the case is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

2

A Judgment will be entered consistent with this Order.


Dated:  December 7, 2021                             /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge