UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RYAN BOARD,

    Plaintiff,

v.

                                  Case No. 2:20-cv-182

UNKNOWN KEEFER,                HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  December 7, 2021                                /s/  Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge